USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 02-19-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                              **ORDER**

                              18-CR-420 (ALC)

        -against-

James Wilson,

               Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Change of Plea Hearing is scheduled for **February 28, 2020** at **2:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
       February 19, 2020

*[signature]*

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE