USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| -v.- | : | **18-cr-00420 (ALC)** |
| | : | |
| | : | **ORDER** |
| **JAMES WILSON,** | : | |
| Defendant. | : | |

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

Telephone Bail Hearing set for **April 2, 2020 at 11:00 AM**. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial the conference code 3768660.

**SO ORDERED.**

Dated:   **April 1, 2020**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**