**Doar Rieck Kaley & Mack**
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (516) 236-3139
Fax: (212) 962-5037
Email: jkaley@doarlaw.com

MEMO ENDORSED

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-5-20

August 3, 2020

**BY ECF**
The Hon. Andrew L. Carter
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10607

Re: *United States v. James Wilson*
Docket No. 18 Cr. 420 (ALC)

Dear Judge Carter:

I represent the defendant James Wilson in the above-referenced matter. Pursuant to the Court's oral order on April 2, 2020 in the above-referenced matter, I write now with the Government's consent to provide the Court with an update regarding the defendant's upcoming sentencing and to request a new sentencing date. The defendant currently is scheduled to be sentenced on August 19, 2020. The parties, however, propose that the defendant's sentencing be adjourned for approximately 60 days to a date convenient for the Court. The parties agree that an adjournment in this case is warranted because further delay will not result in serious harm to the interests of justice as the defendant is currently released on bail.

In addition, during the status conference held on April 2, 2020, the Court ordered Wilson's temporary release for 60 days and continued Mr. Wilson's release on bail by Order dated May 18, 2020. In light of the parties request for an adjournment, the parties further request that the defendant's bail continue until the new sentencing date.

Respectfully submitted,

/s/
John. F. Kaley, Esq.

cc: AUSA Christopher Clore
(via ECF and email)

*The application is granted. Sentencing adjourned to 10\30\20 at 11:30 a.m. So Ordered.*

*/s/ Andrew L. Carter*
8-5-20