```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-27-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America,

                -against-

James Wilson,
-------------------------------------------------------X

**ORDER**
18-CR-420 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    The sentencing set for September 10, 2021 is adjourned to **September 16, 2021** at **12:00 p.m.**

    SO ORDERED.

Dated: New York, New York
       August 27, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE