```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC#: _____
UNITED STATES DISTRICT COURT                  DATE FILED: 9-10-24
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                     :
                                              :
                       Plaintiff,             :
                                              :     18-CR-420 (ALC)
        - v. -                                :
                                              :
JAMES WILSON,                                 :     ORDER
                                              :
                       Defendant.             :
                                              :
                                              :
------------------------------------------------------------------ x
```

ANDREW L. CARTER, JR., District Judge:

A Violation of Supervised Release Hearing is set for **September 10, 2024**, at **2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
          September 9, 2024

                                   _____
                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**