```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-3-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                             Plaintiff,

       - v. -                                              18-CR-420 (ALC)

JAMES WILSON,                                 **ORDER**

                            Defendant.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Violation of Supervised Release Hearing set for October 24, 2024, at 12:30 p.m. is rescheduled to **11:00 a.m.**

SO ORDERED.

Dated:     New York, New York
             October 3, 2024

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**