USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-8-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

    - v. -　　　　　　　　　　　　　　　　　　18-CR-00420 (ALC)

                                                       **ORDER**

JAMES WILSON,

                   Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    Due to a conflict on the Court's calendar, the status conference set for October 24, 2024, is adjourned to **October 29, 2024**, at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             October 8, 2024

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  United States District Judge