USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/15/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-

JAMES WILSON,

                        Defendant.

-------------------------------------------------------------------- x

18-CR-420 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The Status Conference set for October 29, 2024, is rescheduled to **11:30 a.m**.

SO ORDERED.

Dated:    New York, New York
           October 15, 2024

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**