**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, Floor 37*
*New York, New York 10278*

October 15, 2024

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/17/24__

Re:   *United States v. James Wilson*, 18 Cr. 420 (ALC)

Dear Judge Carter:

    The Government writes on behalf of both parties to respectfully request that the Court adjourn for approximately 30 days the status conference in the above-captioned violation of supervised release proceeding that is currently scheduled for Tuesday, October 29, 2024, at 11:30 a.m. The Violation Report in this matter alleges that the defendant violated his supervised release by committing five state crimes on two separate dates – June 11, 2022, and July 29, 2024. Those crimes are currently being prosecuted by the Manhattan District Attorney's Office in case numbers CR-022579-24NY (June 11, 2022 crimes) and CR-022578-24NY (July 29, 2024 crimes). The next court date in both state cases is November 18, 2024. The parties believe that events at the next court dates in the state will be relevant to the eventual resolution of the Violation Report here. U.S. Probation Officer Melaika has no objection to the parties' requested adjournment.

    Accordingly, the parties request that the Court adjourn the October 29 status conference to on or about **Monday, December 2, 2024**.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Joseph H. Rosenberg
Assistant United States Attorney
(212) 637-2326

CC:   All Counsel of Record (by ECF)
       Probation (by email)

The application is **GRANTED**. The hearing is adjourned to 12/3/24 at 12:00 p.m.
So Ordered.

*/s/ Andrew L. Carter*
10/17/24