**MEMO ENDORSED** 

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, Floor 37*
*New York, New York 10278*

November 19, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/2/24
```

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. James Wilson*, 18 Cr. 420 (ALC)

Dear Judge Carter:

The Government writes on behalf of both parties to respectfully request that the Court adjourn for approximately 45 days the status conference in the above-captioned violation of supervised release proceeding that is currently scheduled for Tuesday, December 3, 2024, at 12:00 p.m. The Violation Report in this matter alleges that the defendant violated his supervised release by committing five state crimes on two separate dates – June 11, 2022, and July 29, 2024. Those crimes are the subject of two cases brought by the Manhattan District Attorney's Office. The Government understands that the first case, CR-022578-24NY (July 29, 2024 crimes), was dismissed on or about November 18, 2024. The second case, CR-022579-24NY (June 11, 2022 crimes), has a next court date of January 9, 2024. The parties believe that events at the next court date in CR-022579-24NY will be relevant to the eventual resolution of the Violation Report here. U.S. Probation Officer Melaika has no objection to the parties' requested adjournment.

Accordingly, the parties request that the Court adjourn the December 3 status conference to sometime **the week of January 20, 2025**.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Joseph H. Rosenberg
Assistant United States Attorney
(212) 637-2326

CC:   All Counsel of Record (by ECF)
      Probation (by email)

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*
12/2/24