```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-3-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

        Plaintiff,

  - v. -          18-CR-420 (ALC)

JAMES WILSON,       ORDER

        Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

  A Violation of Supervised Release Hearing is scheduled for **January 23, 2025,** at **3:00 p.m.**

SO ORDERED.

Dated:  New York, New York
     December 3, 2024

             _____
             **ANDREW L. CARTER, JR.**
             **United States District Judge**